**Michael David WOLFE, Petitioner—**
**Appellant,**

v.

**Al HAYNES, Warden, Respondent—**
**Appellee.**

No. 05–6595.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 22, 2005.

Decided: Dec. 2, 2005.

Michael David Wolfe, Appellant Pro Se. Daniel W. Dickinson, Jr., Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael D. Wolfe, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wolfe v. Haynes,* No. CA–04–17–1 (N.D.W.Va. Mar. 31, 2005). We grant Wolfe's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*